UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
~~WAYCROSS GEORGIA~~ DIVISION
Gainesville

NEDDRA PRICE-CROWELL                        )
P O Box 14603, Gainesville, FL 32604

   Plaintiff                               )

V.                                          )          Civil Action

                                                      File No. 1-18-cv-39-
                                                               MW|GRJ

CITY OF WAYCROSS,                           )
    COMMUNITY IMPROVEMENT and
    PROPERTY APPRAISALS                    )
417 Pendleton Street Waycross, GA 32502

   DEFENDANT            Complaint

NONPOSSESSORY RIGHTS OR INTERESTS TO USE OF LAND
AND OWNER LAND-USE CONTROL BE
ACKNOWLEDGED

The Defendant herein named, the City of Waycross is in possession 504

Likely Street- WA1809-154, Waycross Ware County Georgia in reference to

non-possessor's interests by classification of Easement to which is a

negative easement of which the plaintiff claims title and claim full control

of property.

Defendant has received the profits of said land since year 2000 which is

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
WAYCROSS GEORGIA DIVISION
NEDDRA PRICE-CROWELL v. CITY OF WAYCROSS COMMUNITY IMPROVEMENT
PROPERTY APPRAISALS . . .February 26, 2018, Re: Easement of Property

worth about 15 feet, whereas Plaintiff has been paying property taxes on

it since 1969, and, Plaintiff also has been paying taxes on 65 feet since

about 1969, which also includes a garbage route alley rights when

purchased, totally 75 feet. Therefore, the property was taxed at 65x110

for 30 years and by survey. This is an unfortunate implication, because

Plaintiff owns the land by taxes and upkeep and is therefore the dominant

estate. See Van Sandt Royster, 148 Kan. 495, 83 P.2d 698 1938) (the

grantee of an easement burdened by an implied easement for a sewer

line cannot defeat the easement because it was "apparent," even

though the sewer lines were not visible.

Wherefore, Plaintiff demands judgment against Defendants in the amount

of $125,000.00 for equity, maintenance, repairs, demolition cost and for

hardship in the same amount, totaling $250,000.00 pray the Plaintiff.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
WAYCROSS GEORGIA DIVISION
NEDDRA PRICE-CROWELL v. CITY OF WAYCROSS COMMUNITY IMPROVEMENT
PROPERTY APPRAISALS . . .February 26, 2018, Re: Easement of Property

## CERTIFICATE OF SERVICE

I CERTIFY, that a true copy has been hand delivered and/or through U. S. Post Master to the City of Waycross Community Improvement at 417Pendleton Street, Waycross, GA 31502, and to City Manager Derion King at 417Pendleton Street, Waycross, GA 31502, done this 26th of February 2018

By Neddra Price-Crowell
P O Box 14603
Gainesville, Florida 32604
Cell: 352 246-2247

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRIC OF FLORIDA
~~WAYCROSS GEORGIA~~ DIVISION
Gainesville

NEDDRA PRICE-CROWELL                    )
P O Box 14603, Gainesville, FL 32604
Property location: 504 Likely Street    )
Lot: WA1809-154 Waycross, GA 31501
   **Plaintiff**                         )

V.                                      )       **Civil Action**

                                                File No. 1-18-cv-39-mw/
                                                                 GRJ

CITY OF WAYCROSS,                       )
   COMMUNITY IMPROVEMENT and
   PROPERTY APPRAISALS                  )
417 Pendleton Street Waycross, GA 32502
   **Defendant**

## Complaint Continued 1
~~MOTION~~ FOR THE REMOVAL OF EASEMENTS
TO THE PROPERTY

Plaintiff, Neddra Price-Crowell object to any use of property by any one or for improvements or otherwise without prior notification and permission. The possession of property without owner's permission is a classification of Easements by which owner announces personal future use. On this accord Plaintiff take back full control of property; that belongs solely to Plaintiff. Plaintiff's property and any classification of easement(s) whether affirmative or negative is held against property without her permission and is considered a negative easement. Plaintiff merely ask that it be understood that there are no transferable rights, no appurtenant attachments to the land that, no easement in gross or otherwise, that will allow for anyone's use or has any transferable or nontransferable personal rights to another. They **have no rights to the land. To allow for any**

IN THE WARE COUNTY COURT OF WARE -STATE OF GEORGIA
NEDDRA PRICE-CROWELL  v. CITY OF WAYCROSS,COMMUNITY IMPROVEMENT
PROPERTY APPRAISALS . . .February 2, 2014  Re: Easement of Property

alteration of owner property (land) and cannot be servient or dominant against

a title or deed claim, for which there are no rights given by Plaintiff to another, in

these matters.

Therefore, Plaintiff demands relief of judgment against Defendants in the

amount of $125,000.00 in equity, maintenance, repairs, demolition cost, upkeep

of land for more than 44 years, taxes, etc., and for hardship in the same amount

of the same, totaling $250,000.00 for home at 504 Likely Street; Waycross,

Georgia; 31501.

## CERTIFICATE OF SERVICE

I CERTIFY, that a true copy has been hand delivered and/or through U. S. Post
Master to the City of Waycross Community Improvement at 417Pendleton Street,
Waycross, GA 31502, and to City Manager Derion King at 417Pendleton Street,
Waycross, GA 31502, done this 26th of February 2018

By Neddra Price-Crowell
P O Box 14603
Gainesville, Florida 32604
Cell: 352 246-2247

pg. 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
~~WAYCROSS GEORGIA~~ DIVISION
Gainesville

NEDDRA PRICE-CROWELL                    )
P O Box 14603, Gainesville, FL 32604

   Plaintiff                            )

V.                                      )          Civil Action

                                                   File No. 1-18-cv-39-mw/
                                                            GRJ

CITY OF WAYCROSS,                       )
   COMMUNITY IMPROVEMENT and
   PROPERTY APPRAISALS                  )
417 Pendleton Street Waycross, GA 32502

   Defendant

Complaint Continued 2

NONPOSSESSORY RIGHTS OR INTERESTS TO USE LAND
AND OWNER LAND-USE CONTROL TO BE
ACKNOWLEDGED

The Defendant herein named, the City of Waycross is in possession 504

Likely Street- WA1809-154, Waycross Ware County Georgia in reference to

non-possessor's interests by classification of Easement to which is a

negative easement of which the plaintiff claims title and claim full control

of property.

Defendant has received the profits of said land since year 2000 which is

worth about 15 feet and has been paying taxes on 50 feet since about

1999. This is an unfortunate implication, because Plaintiff owns the land by

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
WAYCROSS GEORGIA DIVISION
NEDDRA PRICE-CROWELL v. CITY OF WAYCROSS COMMUNITY IMPROVEMENT
PROPERTY APPRAISALS . . . February 26, 2018, Re: Easement of Property

taxes and upkeep and is therefore the dominant estate.   See Van Sandt

Royster, 148 Kan. 495, 83 P.2d 698 1938) (the grantee of an easement

burdened by an implied easement for a sewer line cannot defeat the

easement because it was "apparent," even though the sewer lines were

not visible.

Wherefore, Plaintiff demands judgment against Defendants in the amount

of $125,000.00 for equity, maintenance, repairs, demolition cost and for

hardship in the same amount, totaling $250,000.00 pray the Plaintiff.

## Certificate of Service

I CERTIFY, that a true copy has been hand delivered and/or through U. S.
Post Master to the City of Waycross Community Improvement at
417Pendleton Street, Waycross, GA 31502, and to City Manager Derion
King at 417Pendleton Street, Waycross, GA 31502, done this 26th of
February 2018

By Neddra Price-Crowell
P O Box 14603
Gainesville, Florida 32604
Cell: 352 246-2247

# EXHIBIT "1"

[Type here]

Nedra Price-Crowell
P O Box 14603
Gainesville, Florida 32604
Phone: 352 246-2247

January 29, 2014                    **CERTIFIED**

Derion King, City Manger
417 Pendleton Street
City Manager
P. O Drawer 99
Waycross, Georgia 31502-0099
Phone: (912) 287-2912

Re: 504 Likely Street- WA1809-154: Denying Home Owner's Rights, Violations, Allege
    Abatement: Maintenance Code

Hello Mr. Derion King,

Did you receive my letter dated January 8, 2014? Please let me know, and please contact
me immediately to let me know what you are doing with my property? Is it still mine.
This is not what I am understanding, through people I know. I have no information on the
status of my property. Whatever plans you have, has been without the protection of the
Laws, and against my protections as the homeowner? I am totally oblivious of your
actions. This can not be right or Constitutional. And what are going to do with my land
that you are claiming was not in violation of the Laws, as opposed to the house sited for
frivolous repairs.

Regardless of the description to my Deed, the land is 115 by 80 (plus the alleys (on both
sides)) and approximately 15 feet that was paid for by tax payment for over 20 years.
Making it my property and the dimension of 110 by 80. Property was maintained by
owner for 43 years. The Nelsons have been paying on 50 by 110 since about year-2000,
illegally, of course. And this illegal act has been allowed by the City of Waycross. A
survey done in 1986, put this claim of tax qualification, 15 feet into my home (on my
property) without a Deed (a necessary legal document).

After constant inquiries, the City of Waycross (City) knew that this was impossible, but
the City still allowed the Nelson to lay claim and continue to pay taxes on property that
was within my land and into my home and without a deed. I went into the Property
Appraisal's office in about 2007 to ask for this correction, and it is obvious that their
plans to take my property theirs has come to fruition. This is a part of their interests I
spoke about in my January 9, 2014 letter. The plan to illegally take my property has been
in effect and enforced for quite some time.

I am my brother's keeper according to biblical principles, but I do not suffer for any
human actions of another with their own free will, specifically speaking that was done by

Price Crowell Plummer
City of Waycross Illegal Act of Home Demolition in 12/2013
WA-18-09-154

my brother. He has served his time and paid the debt owed to society for any violation he caused. To the Chief of Police, I say, this is and was not my debt. My understanding is that my brother paid it all back. His name is not currently on the Deed. I hope there are no politics behind the demolition of my home concerning my brother Ronald Crowell or any other personal vendettas surrounding my property.

It has been 22-days since we last talked. Please rectify the problem and finally let me know what is going on with my property? This has been too long, and the City does not have the Rights to keep me in the blind or to take my property. Before these actions were done against me the City should have provided a 5, or 10 or 15, even 30-day notices before demolishing home. I needed to provide very vital answers to the reasons why the home should (still) not be demolished. If this is not so, please sight the law that support your actions to proceed without prior notification?

Sincerely,


Neddra Price-Crowell

# EXHIBIT "3"

Nedra Price-Crowell
P O Box 14603
Gainesville, Florida 32604
Phone: 352 246-2247

January 29, 2014                    **CERTIFIED**

Derion King, City Manger
417 Pendleton Street
City Manager
P. O   Drawer 99
Waycross, Georgia 31502-0099
Phone: (912) 287-2912

Re: 504 Likely Street- WA1809-154: Denying Home Owner's Rights, Violations, Allege
    Abatement: Maintenance Code

Dear Mr. Derion King,

There has been absolutely nothing established that warranted the forcing of repairs,
renovation, or demolition of home at 504 Likely Street. In 1970, the home was complete
gutted and remodeled and renovated with aluminum siding in 1973. In 1985
weatherizing, plumbing (new pipelines), chimney, bathroom, and kitchen, replaced or
repaired. In 1998-99 the upgrades were roof, central air, electrical and heating (upgraded
again) and the year afterwards front porch was fixed. When was it demolished? It was
demolished 7years, approximately after these improvements. I don't have a timeline,
therefore I am sending this letter with a 30 day grace period to contact someone about my
property's status. As per my contact to you by phone conversation on Wednesday,
January 8, 2014, in which, I explained that I had heard and I understood through the
"grape vine" that my home at 504 Likely Street has been demolished and treated as
though it belongs to someone else, on or about the second week in December 2013.

I am devastated and hurt to hear this news. Why wasn't I contacted by City of Waycross,
first? I have had no contact with anyone in approximately 4 years: Are there not statutes
protecting the home owner? Are there not limitations to abide by? Are there not Laws
governing the State of Georgia and City of Waycross and Community Improvement?   To
keep things in check? Namely the Code Enforcement Officer - Caleb Lancaster's
unfounded recommendations and efforts to take my property, illegally under the
circumstances? I challenge the rights for me to keep my property, and the matter of the
timeline to enforce the demolition of home without my knowledge. Especially without
allowing me to provide an update on my understanding of the current status of the
property and the interest of others in whom I am obligated. Was the City involved in a
possible renovation (s) without my knowledge? (see Exhibit "A").

I wanted to honor the City's request to repair a damage home caused by the removal of
my rights to secure my person. This has led to the plundering and thief of my identity.

1 Jan. 2014 30 Waycross.
City Manager, Survey
504 Likely Str.

Price Crowell Plummer                                          **Revised 01.29.2014**
City of Waycross Illegal Act of Home Demolition in 12/2013
(Corrections Made)
WA-18-09-154

I know that the City did not establish and has not established the right to demolish home. There were too many factors involved. It has always been my word against their word, such as:

1. Went before the Courts in 2007 about the abuse of my property.
2. Request made by me in 2010, asking the City not to demolish, because Mr. Lancaster's reasons were unfounded and frivolous. They wanted to demolish the home with all of the upgrades and improvement. I was disappointed and asked them to lower the taxes, but they had the home at a very low cost. I wanted to know why was I paying so much in taxes? I had it lowered to keep my property.

3. Went before the City Commissioners in 2010, due to the accusation that dwelling was unsafe and needed to be demolished. The Commissioner closed their minds to my proof.

4. My defense was that the demolition of my home was not possible:
   A) when there had just been a passing of an electrical upgrade, constant renovations, and repairs done to home, 5 to 6 years prior to Mr. Lancaster accusation of unsafe.
   B) These were major renovations to the Roofing, A/C & Heating, Wiring and front porch.
   C) I did not agree home was an unsafe structure with $20,000 in repairs only 7 years prior, but I did not want the accusation to tarnish home as unsafe, so I tried to accommodate the accusations.

Therefore, to appease my situation, I tried my best to improve the structure to their satisfaction, but in my absence, I believe others set out to make it (my home worthless) true. Mr. Lancaster started the unwarranted accusation by working against me to harm my property. If others were allowed to live in the home one year before trying to turn on the electricity, why would he keep me from fixing the property of a home that had many renovations. Without electricity, there is not much that can be done.

5. I am discriminated against due the misuse of the Laws by living above the Laws, the Bill of Rights and the Constitution.

6. I was mailed a letter that stated padlocks were put on doors and that a locksmith was charged to me in the amount of $76.00 excluding labor. I was advised, by correspondence sent in May 2013.

7. I reiterate, that without electricity there is not much that can be done to fix damages done by the City of Waycross and the letting of other to the property.

Price Crowell Plummer                                    **Revised 01.29.2014**
City of Waycross Illegal Act of Home Demolition in 12/2013
(Corrections Made)
WA-18-09-154

Anyone with common sense can see that Georgia Power and certain ones within the City of Waycross had a special interest in taking my property illegally. I will allege that the City of Waycross: Marc Hawkins - Community Improvement set out to do harm to me by beginning the effort to take property from the owner to protect the illegal activities created by the City to do me harm since 1999 and as early as 1985.I will allege that this is/was a concerted effort by a team with similar interests.

This is a coup-de-ta if you are taking it, because no one asked me if I want to keep my property. The demolishing of a home is one thing, but to possess it is another. What has been done here is not legal. I contest this action against me and my property. And, lastly, what is the status of my property?

Please contact me immediately to let me know what are your plans for this property without my permission, of course? And what are you going to do with my land? Regardless, to the Deed, the land is 110 by 50 (plus the ½ alley ways (on both sides)) and approximately 15 feet that was paid for by tax payment for over 20 years, 30 plus years to be exact. Property was maintained by me (owner) for longer than that. The Nelson have been paying on 50 by 110 since 2000 to the City, without a deed. And, a survey was done in 1989, that put them bogus property claim 15 feet into my home. This plan has been enforced for quite some time to deprive me (owner) of what is rightfully mine.

Sincerely,



Neddra Price-Crowell

# EXHIBIT "4"

Nedra Price-Crowell
P O Box 14603
Gainesville, Florida 32604
Phone: 352 246-2247

January 09, 2014                    **CERTIFIED**

Derion King, City Manger
417 Pendleton Street
City Manager
P. O Drawer 99
Waycross, Georgia 31502-0099
Phone: (912) 287-2912

Re: 504 Likely Street-WA1809-154: Denying Home Owner's Rights, Violations, Allege
     Abatement: Constant Surveillance to Maintenance Code to Demolish

Dear Mr. Derion King,

There has been absolutely nothing established that warranted the forcing of repairs, renovation, or demolition of home at 504 Likely Street. In 1970, the home was complete gutted and remodeled and renovated with aluminum siding in 1973. When was it demolished? I don't have a time line; therefore, I am sending this letter with a 30-day grace period to contact someone about my property's status. As per my contact to you by phone conversation on Wednesday, January 8, 2014, in which, I explained that I heard, and I understand through the "grape vine" that my home at 504 Likely Street has been demolished and treated as though it belongs to someone else, on or about the second week in December 2013.

I am devastated and hurt to hear. Why wasn't I contacted by City of Waycross, first? I have had no contact with anyone in approximately 4 years: Are there not statutes protecting the home owner? Are there not limitations to abide by? Are there not Laws governing the State of Georgia and City of Waycross and Community Improvement?   To keep things in check? Namely the Code Enforcement Officer - Caleb Lancaster's unfounded recommendations and efforts to take my property, illegally under the circumstances? I challenge the rights for me to keep my property, and the matter of the timeline to enforce the demolition of home without my knowledge. Especially without allowing me to provide an update on my understanding of the status of the property and the interest of others in whom I am obligated. Was the City involved in a possible renovation (s) without my knowledge? (see Exhibit "A").

I wanted to honor the City's request to repair a damage home caused by the removal of my rights to secure my person. This has led to the plundering and thief of my identity. I know that the City did not establish and has not established the right to demolish home. There were too many factors involved. It has always been my word against their word, such as:

Price Crowell Plummer
City of Waycross Illegal Act of Home Demolition in 12/2013
WA-18-09-154

1. Went before the Courts in 2007 about the abuse of my property, to kick me out of town.
2. Request made by me in 2010 asking the City not to demolish, because Mr. Lancaster's reasons were unfounded and frivolous.
3. Went before the City Commissioners in 2010, due to the accusation that dwelling was unsafe and needed to be demolished. The Commissioner closed their minds to my proof.
4. My defense was demolishing of home was not supposed to be possible: when there had just been passed for electrical upgrade to install major appliances or equipment, constant renovations, and repairs done to home, 5 to 6 years prior to Mr. Lancaster accusation of unsafe. These were major renovations to the Roofing, A/C & Heating, Wiring and Front Porch. I did not agree home was an unsafe structure with $20,000 in repairs, but I did not want the accusation to tarnish home as unsafe. I tried my best to improve the structure to their satisfaction, but in my absence, I believe others set out to make it true. Mr. Lancaster started the unwarranted accusation by working against me to harm me via property, if others lived in the home one year before, he decided to keep me from fixing my property. Without electricity there is not much that can be done.
5. I am discriminated against due the misuse of the Laws in favor of themselves by living above the Laws, Bill of Rights and the Constitution.
6. I was mailed a letter that stated padlocks were put on doors and that a locksmith was charged to me in the amount of $76.00. I was advised, by correspondence sent in May 2013.
7. I reiterate, that without electricity there is not much that can be done to fix property. Anyone with common sense can see that Georgia Power and certain ones within the City of Waycross had a special interest in taking my property illegally. I will allege that the City of Waycross: Marc Hawkins - Community Improvement set out to do harm to me by beginning the effort to take property from me to protect the illegal activities created by the City to do me harm since 1999 by the taking of property I had paid taxes on for over thirty years. I will allege that it was a concerted effort by a team of City workers and citizens with similar interests. This is a coup-de-ta' when you are taking it down, because no one asked me, but I wanted to keep my property.

Sincerely,


Neddra Price-Crowell

## EXHIBIT "5"

Nedra Price-Crowell
P O Box 14603
Gainesville, Florida 32604
Phone: 352 246-2247

January 09, 2014                 **CERTIFIED**

Derion King, City Manger
417 Pendleton Street
City Manager
P. O Drawer 99
Waycross, Georgia 31502-0099
Phone: (912) 287-2912

Re: 504 Likely Street- WA1809-154: Denying Home Owner's Rights, Violations, Allege
    Abatement: Constant Surveillance to Maintenance Code to Demolish

Dear Mr. Derion King,

There has been absolutely nothing established that warranted the forcing of repairs,
renovation, or demolition of home at 504 Likely Street. In 1970, the home was complete
gutted and remodeled and renovated with aluminum siding in 1973. When was it
demolished? I don't have a time line; therefore, I am sending this letter with a 30-day
grace period to contact someone about my property's status. As per my contact to you by
phone conversation on Wednesday, January 8, 2014, in which, I explained that I heard,
and I understand through the "grape vine" that my home at 504 Likely Street has been
demolished and treated as though it belongs to someone else, on or about the second
week in December 2013.

I am devastated and hurt to hear. Why wasn't I contacted by City of Waycross,
first? I have had no contact with anyone in approximately 4 years: Are there not statutes
protecting the home owner? Are there not limitations to abide by? Are there not Laws
governing the State of Georgia and City of Waycross and Community Improvement?   To
keep things in check? Namely the Code Enforcement Officer - Caleb Lancaster's
unfounded recommendations and efforts to take my property, illegally under the
circumstances? I challenge the rights for me to keep my property, and the matter of the
timeline to enforce the demolition of home without my knowledge. Especially without
allowing me to provide an update on my understanding of the status of the property and
the interest of others in whom I am obligated. Was the City involved in a possible
renovation (s) without my knowledge? (see Exhibit "A").

I wanted to honor the City's request to repair a damage home caused by the
removal of my rights to secure my person. This has led to the plundering and thief of my
identity. I know that the City did not establish and has not established the right to
demolish home. There were too many factors involved. It has always been my word
against their word, such as:

Page 1 of 2

Price Crowell Plummer
City of Waycross Illegal Act of Home Demolition in 12/2013
WA-18-09-154

1. Went before the Courts in 2007 about the abuse of my property, to kick me out of town.

2. Request made by me in 2010 asking the City not to demolish, because Mr. Lancaster's reasons were unfounded and frivolous.

3. Went before the City Commissioners in 2010, due to the accusation that dwelling was unsafe and needed to be demolished. The Commissioner closed their minds to my proof.

4. My defense was demolishing of home was not supposed to be possible: when there had just been passed for electrical upgrade to install major appliances or equipment, constant renovations, and repairs done to home, 5 to 6 years prior to Mr. Lancaster accusation of unsafe. These were major renovations to the Roofing, A/C & Heating, Wiring and Front Porch. I did not agree home was an unsafe structure with $20,000 in repairs, but I did not want the accusation to tarnish home as unsafe. I tried my best to improve the structure to their satisfaction, but in my absence, I believe others set out to make it true. Mr. Lancaster started the unwarranted accusation by working against me to harm me via property, if others lived in the home one year before, he decided to keep me from fixing my property. Without electricity there is not much that can be done.

5. I am discriminated against due the misuse of the Laws in favor of themselves by living above the Laws, Bill of Rights and the Constitution.

6. I was mailed a letter that stated padlocks were put on doors and that a locksmith was charged to me in the amount of $76.00. I was advised, by correspondence sent in May 2013.

7. I reiterate, that without electricity there is not much that can be done to fix property. Anyone with common sense can see that Georgia Power and certain ones within the City of Waycross had a special interest in taking my property illegally. I will allege that the City of Waycross: Marc Hawkins - Community Improvement set out to do harm to me by beginning the effort to take property from me to protect the illegal activities created by the City to do me harm since 1999 by the taking of property I had paid taxes on for over thirty years. I will allege that it was a concerted effort by a team of City workers and citizens with similar interests. This is a coup-de-tat' when you are taking it down, because no one asked me, but I wanted to keep my property.

Sincerely,


Neddra Price-Crowell